# EXHIBIT D





# GRAB-N-GO BURGER

1011 Beards Hill Rd
Suite 200
Aberdeen, MD 21001

## BURGERS

| | |
|---|---|
| HAMBURGER | 4.55 |
| CHEESEBURGER | 5.25 |
| BACON BURGER | 5.25 |
| BACON CHEESEBURGER | 5.85 |
| | |
| ROOKIE BURGER | 3.55 |
| ROOKIE CHEESEBURGER | 4.25 |
| ROOKIE BACON BURGER | 4.25 |
| ROOKIE BACON CHEESEBURGER | 4.85 |

## DOGS

| | |
|---|---|
| KOSHER STYLE HOT DOG | 3.25 |
| CHEESE DOG | 3.59 |
| BACON DOG | 3.59 |
| BACON CHEESE DOG | 4.25 |
| FOOT LONG DOG | 4.75 |
| FOOT LONG CHEESE DOG | 5.00 |

## Coca-Cola

| | |
|---|---|
| REGULAR | 1.99 |
| LARGE | 2.19 |
| BOTTLED WATER | 1.99 |

## ALL TOPPINGS FREE

FRESH CUT POTATOES COOKED IN 100% YUMMY PEANUT OIL

## FRIES

| | |
|---|---|
| REGULAR | 2.75 |
| LARGE | 4.55 |

| | | |
|---|---|---|
| LETTUCE | ONIONS | BAR-B-Q SAUCE |
| TOMATO | PICKLES | HOT SAUCE |
| MAYO | KETCHUP | GRILLED MUSHROOMS |
| KETO | MUSTARD | GRILLED PEPPERS |
| ONIONS | JALAPENO PEPPERS | GRILLED ONIONS |
| RELISH | A-1 SAUCE | |



**GRAB-N-GO** BURGER

1111 Beards Hill Rd Suite 200 (OLIVE TREE PLAZA) Aberdeen, MD 21001 (410)273-2480

## BURGERS

| | |
|---|---|
| HAMBURGER | 4.55 |
| CHEESEBURGER | 5.25 |
| BACON BURGER | 5.25 |
| BACON CHEESEBURGER | 5.85 |
| | |
| ROOKIE BURGER | 3.55 |
| ROOKIE CHEESEBURGER | 4.25 |
| ROOKIE BACON BURGER | 4.25 |
| ROOKIE BACON CHEESEBURGER | 4.85 |

## DOGS

| | |
|---|---|
| KOSHER STYLE HOT DOG | 3.25 |
| CHEESE DOG | 3.50 |
| BACON DOG | 3.50 |
| BACON CHEESE DOG | 4.25 |
| FOOT LONG DOG | 4.75 |
| FOOT LONG CHEESE DOG | 5.00 |

### Coca-Cola

| | |
|---|---|
| REGULAR | 1.90 |
| LARGE | 2.19 |
| BOTTLED WATER | 1.99 |

## FRIES



FRESH CUT POTATOES COOKED IN 100% YUMMY PEANUT OIL

| | |
|---|---|
| REGULAR | 2.75 |
| LARGE | 4.55 |

### ALL TOPPINGS FREE

| | | |
|---|---|---|
| LETTUCE | ONIONS | BAR-B-Q SAUCE |
| TOMATO | PICKLES | HOT SAUCE |
| MAYO | KETCHUP | GRILLED MUSHROOMS |
| HOTS | MUSTARD | GRILLED PEPPERS |
| ONIONS | JALAPENO PEPPERS | GRILLED ONIONS |
| RELISH | A-1 SAUCE | |

---

### ✝EXAS BURGER

TWO ANGUS BEEF PATTIES
AMERICAN CHEESE
SMOKED BACON
BARBECUE SAUCE
HOMEMADE COLESLAW

### ASIAN BURGER

TWO ANGUS BEEF PATTIES
AMERICAN CHEESE
SAVORY ASIAN PINK SAUCE

### WILD STYLE BURGER

TWO ANGUS BEEF PATTIES
AMERICAN CHEESE
LETTUCE
TOMATO
PICKLES
GRILLED ONIONS
WILD SAUCE















